UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LIMA DEVELOPMENT INC. and MARK CAHILL, | |
| Plaintiffs, | Case No. 07-6294-AA |
| v. | ORDER DISMISSING CASE, AND ALL CLAIMS ALLEGED THEREIN AGAINST ALL PARTIES, WITH PREJUDICE |
| COLUMBIA AIRCRAFT MANUFACTURING fka THE LANCAIR COMPANY; MINISTRY OF FINANCE OF MALAYSIA; MINISTER OF FINANCE, INC.; COMPOSITE TECHNOLOGIES RESEARCH MALAYSIA SDN. BHD.; and FARID ZAWAWI, | |
| Defendants. | |

WHEREAS, the plaintiffs assert claims in this action against defendants for, among other relief, damages and other relief;

WHEREAS, the defendants dispute each of the various claims asserted by the plaintiffs;

WHEREAS, the parties through their respective counsel of record have stipulated and agreed to the following order;

NOW, THEREFORE, it is ordered and decreed that the above-referenced action, and all claims alleged therein against all defendants, be and hereby are dismissed with prejudice as to each defendant, with each party to bear its own fees, costs and expenses.

DATED: January 22, 2008.

By: _____
Hon. Ann Aiken
United States District Judge


Respectfully submitted by:


By:   /s/ Richard J. Stone
      Richard J. Stone, OSB No. 94002
      BALL JANIK LLP
      101 SW Main Street, Suite 1100
      Portland, OR 97204
      503-228-2525 (phone)
      503-226-3910 (fax)
      rstone@bjllp.com (email)
Attorneys for Composites TechnologyResearch Malaysia Sdn. Bh